## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-00515-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: August 20, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| CELIA RAMIREZ, | Susan R. Hahn, via telephone |
| **Plaintiff,** | |
| v. | |
| THE GEO GROUP, INC., *et al.*, | Shelby A. Felton, via telephone |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 2:42 p.m.
Court calls case. Appearances of counsel.

Counsel discuss the Stipulated Motion to Amend Scheduling Order [filed August 12, 2008; doc. 17] with the court.

**ORDERED: The Stipulated Motion to Amend Scheduling Order [filed August 12, 2008; doc. 17] is granted. The Amended Scheduling order is signed and entered with interlineations.**

HEARING CONCLUDED.

**Court in recess:** 2:45 p.m.
Total time in court: 00:03