## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 08-cv-00515-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| Date: **October 21, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| CELIA RAMIREZ, | Susan R. Hahn, via telephone |
| **Plaintiff,** | |
| v. | |
| THE GEO GROUP, INC., *et al.*, | Shelby A. Felton, via telephone |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 9:20 a.m.
Court calls case. Appearances of counsel.

Counsel discuss with the court Plaintiff's Motion to Amend the Scheduling Order to Allow Plaintiff to Depose Additional Lay Witnesses [filed October 10, 2008 ; doc. 29].

**ORDERED:** **Plaintiff's Motion to Amend the Scheduling Order to Allow Plaintiff to Depose Additional Lay Witnesses [filed October 10, 2008 ; doc. 29] is granted for the reasons stated on the record. Additionally, the pretrial deadlines are modified for good cause as follows:**

Discovery Cut-off: **March 30, 2009.**

Dispositive Motions deadline: **April 17, 2009.**

Parties shall designate affirmative experts **on or before January 30, 2009.**

Parties shall designate rebuttal experts **on or before February 27, 2009.**

**<u>FINAL PRETRIAL CONFERENCE</u>** is *vacated and reset* for **August 3, 2009 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

The court provides its insights into the discovery dispute regarding the contact information for defendant's employees, and recommends that the parties draft an appropriate addendum to the protective order to create an "attorney eyes only" category. Once this addendum has been signed by the court, the contact information shall be produced to plaintiff's counsel.

HEARING CONCLUDED.

**Court in recess:** **9:41 a.m.**
Total time in court: 00:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.