## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-00515-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   March 25, 2009 | Courtroom Deputy:   Linda Kahoe |

CELIA RAMIREZ,                                                   Susan R. Hahn

    **Plaintiff,**

    v.

GEO GROUP, INC., THE,                                      Shelby Ann Felton
*et al.*,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:        10:45 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding production of documents and redacted versions of documents.  Ms. Felton advises the court and Ms. Hahn regarding ICE's position related to security issues at the facility.

The court directs Ms. Felton to inform ICE that to the extent that ICE has any objections to the Rule 34 inspection, ICE will have 10 days from today's date to file a formal opposition setting forth its position regarding legitimate security considerations.

The court will hold in abeyance the Motion to Compel as it relates to the onsite visit awaiting further briefing by ICE.

With respect to the Defendants' investigative report, the court suggests that the Defendants file a Motion for Protective Order.

The court is not inclined to grant relief with respect to reports or disciplinary actions relating to lost keys and cut-down knives.

For the reasons stated on the record, it is:

ORDERED: Plaintiff's Motion to Compel Production of Defendant Beauman's Personnel File, of Unredacted Copies of Other Documents, and to Permit Plaintiff Ramirez to Enter Onto Land of Defendant With Her Attorney (doc. #37, filed 3/18/2009) is STAYED, as it relates to Plaintiff's request to enter the facility, pending formal opposition by ICE.

ORDERED: Defendants shall produce the following: redacted versions of Ms. Beauman's performance evaluations, and disciplinary records, and documents dealing with promotions and demotions, in their entirety.

ORDERED: Defendants may affirmatively seek relief under Rule 26(c) and produce Ms. Beauman's unredacted performance evaluations for the court's review *in camera*.

ORDERED: The Stipulated Motion to Amend the Scheduling Order to Extend Discovery Cutoff and Dispositive Motion Deadlines (doc. #38, filed 3/18/2009) is GRANTED.

HEARING CONCLUDED.

**Court in recess**: **11:32 a.m.**
Total time in court: 00:47

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.