**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 08-cv-00515-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** April 21, 2009 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| CELIA RAMIREZ, | Susan R. Hahn |
|     Plaintiff, | |
|     v. | |
| GEO GROUP, INC., THE, and<br>JENNIFER BEAUMAN, | Shelby Anne Felton |
|     Defendants, | |
| BUREAU OF IMMIGRATION AND<br>CUSTOMS ENFORCEMENT, | Lisa Christian |
|     Interested Party. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:       4:03 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding the size of the drawing of relevant areas of the facility.

Ms. Hahn states she received a floor plan from Ms. Felton showing the control room and the hallway, and where those areas exist in relation to the rest of the facility. There is no objection to Ms. Hahn visiting the specific locations with the diagram.

Ms. Hahn states that ICE would agree to a roof inspection, but that GEO objected to the inspection. The court is not inclined to allow an inspection on the roof at this time. The court will allow the issue of an inspection of the roof to be raised again should circumstances warrant, after other sources of information have been exhausted.

The court grants that portion of Plaintiff's Motion (doc. #37, filed 3/18/2009) requesting that Plaintiff's counsel be allowed to enter into portions of the areas adjoining the control room and the key placement facility. The court denies the portion of the motion seeking a roof inspection, with leave for Plaintiff's counsel to renew the request upon a further showing. The court denies the motion to the extent that it sought access for the Plaintiff Ramirez herself.

Ms. Christian states that ICE's understanding is that the diagram that has been provided is subject to the protective order that is already in place. Ms. Hahn confirms.

For the reasons as stated on the record, it is

**ORDERED:** **Plaintiff's Motion to Permit Plaintiff Ramirez to Enter Onto Land of Defendant With Her Attorney (doc. #37, filed 3/18/2009) is GRANTED IN PART and DENIED IN PART.** The court grants the Motion to the limited extent that Plaintiff's counsel be allowed to enter into portions of the areas adjoining the control room and the key placement facility. The court denies the portion of the motion seeking a roof inspection with leave for Plaintiff's counsel to renew the request upon a further showing. The court denies the motion to the extent that it seeks access for the Plaintiff Ramirez herself.

HEARING CONCLUDED.

**Court in recess:**     **4:13 p.m.**
Total time in court:    00:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.