IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00515-PAB-CBS

CELIA RAMIREZ,

    Plaintiff,

v.

THE GEO GROUP, INC., and
JENNIFER BEAUMAN, Individually,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendants' Motion to Present Trial Testimony by Video Conference or in the Alternative by Video Preservation Deposition [Docket No. 73].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the motion is GRANTED in part and DENIED in part.  Defendants shall be permitted, pursuant to Federal Rule of Civil Procedure 43(a), to present Michelle Lyons-Orman's trial testimony live via video conferencing.  Defendants' alternative request to take a videotaped trial preservation deposition is moot and is therefore denied.

    DATED August 18, 2009