**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  Date: August 28, 2009
Court Reporter: Janet Coppock  Time: one hour and 21 minutes

**CASE NO.  08-cv-00515-PAB-CBS**

| Parties | Counsel |
|---|---|
| **CELIA RAMIREZ,** | Susan Hahn |
| Plaintiff (s), | |
| vs. | |
| **GEO GROUP, INC., and** | Shelby Felton |
| **JENNIFER BEAUMAN,** | David DeMuro |
| Defendant (s). | |

**MOTION HEARING**

**10:05 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Celia Ramirez is also present.

**Defendants' Motion for Summary Judgment (Doc #50), filed 6/16/09.**

**10:06 a.m.**    Argument by Ms. Felton.  Questions by the Court.

Page Two
08cv-00515-PAB-CBS
August 28, 2009

**10:36 a.m.**   Argument by Ms. Hahn.  Questions by the Court.

**11:15 a.m.**   Rebuttal argument by Felton.  Questions by the Court.

**ORDERED:**   Defendants' Motion for Summary Judgment (Doc #50), filed 6/16/09 is **TAKEN UNDER ADVISEMENT**.  Written opinion shall issue.

**11:26 a.m.**   **COURT IN RECESS**

**Total in court time:**        81 minutes

**Hearing concluded**