IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00515-PAB-CBS

CELIA RAMIREZ,

      Plaintiff,

vs.

THE GEO GROUP, INC. and JENNIFER BEAUMAN,

      Defendants.

---

## PROPOSED ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

The Court having reviewed the Parties' Stipulated Motion to Dismiss With Prejudice and being fully advised, it is

ORDERED that the Parties' motion is GRANTED and the above-entitled matter is DISMISSED WITH PREJUDICE each party to pay her or its own costs and fees.

9/22/09

_Thomas M. McChroy SUSOJ_
Judge